UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                            Case No. 21-CR-100

JOSHUA A. GAMA,

    Defendant.

## ORDER

Defendant Joshua A. Gama has pleaded guilty to the crime of distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2)(A). His sentencing is scheduled to be held November 10, 2021. The case is currently before the Court on defendant's motion to compel the production of treatment records. More specifically, the defendant seeks copies of the records concerning his treatment at Professional Psychotherapy Services in St. Louis, Missouri, which he was ordered to undergo as a condition of his pretrial release in this matter. While on pretrial release, Gama is being supervised by the United States Probation Office in St. Louis. The probation office supervising him has communicated to counsel that it can obtain records and information from the treatment provider but will not release them to Gama or his counsel without an order from the Court. It is for this reason that the defense has filed the instant motion.

The motion is granted. Gama's treatment records may be relevant to his sentencing, in particular, to issues concerning further treatment, rehabilitation, and any risk to the public. Under these circumstances, the refusal of U.S. Probation to provide the records is difficult to understand. In any event, without objection from the government, the defendant's motion is GRANTED and

U.S. Probation is ordered to produce the records of treatment of the defendant while on supervised release that are within its control.

SO ORDERED at Green Bay, Wisconsin this 13th day of August, 2021.

s/ William C. Griesbach  
William C. Griesbach  
United States District Judge